# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reyna, Jimmie V. | U.S. Court of Appeals for the Federal Circuit | 05/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Federal Circuit
National Courts Building
717 Madison NW
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Montgomery County Public Schools, pension |
| 2. 2017 | State of Maryland, pension |
| 3. 2017 | Archdioces of Washington, pension |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Circuit Bar Association | February 1, 2017 | Santa Clara, CA | Speaker | Transportation, meals, hotel |
| 2. | Utah Bar Association | February 24, 2017 | Salt Lake City, UT | Speaker | Transportation, meals, hotel |
| 3. | Pepperdine Law School | March 16-17, 2017 | Malibu, CA | Speaker | Transportation, meals, hotel |
| 4. | Connecticut Intellectual Property Association (CIPLA) | May 11, 2017 | New Haven, CT | Speaker | Transportation, meals, hotel |
| 5. | South Texas College of Law Houston | May 15, 2017 | Houston, TX | Speaker | Transportation, meals, hotel |

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | Reyna, Jimmie V. | | 05/11/2018 |

| 6. | University of Rochester | May 20, 2017 | Rochester, New York | Speaker | Transporation, meals, hotel |
|---|---|---|---|---|---|
| 7. | Federal Circuit Bar Association Bench and Bar Conference | June 22-23, 2017 | Coeur D Alene, ID | Speaker | Transportation, meals, hotel |
| 8. | Michigan State ICLE, and Michigan State Bar | July 21, 2017 | MacKinac Island, MI | Speaker | Transportation, meals, hotel |
| 9. | Federal Circuit Bar Association | September 25-26, 2017 | London, England | Speaker | Transportation, meals, hotel |
| 10. | Minnesota CLE | September 29, 2017 | Minneapolis, MN | Speaker | Transportation, meals, hotel |
| 11. | World Trade Organization | December 12-14, 2017 | Geneva, Switzerland | Speaker | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citimortgage | Mortgage in rental property, Montgomery County (MD (See Pt. VIII, line 1) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Montgomery County, MD | D | Rent | M | W | | | | | |
| 2. PNC Bank, account | A | Interest | L | T | | | | | |
| 3. Education Systems Federal Credit Union, account | A | Interest | K | T | | | | | |
| 4. Northwestern Life, Variable Policy #1 | | | | | | | | | |
| 5. MSA Index 500 (MSA)Select Bond | A | Int./Div. | J | T | | | | | |
| 6. Fixed Income, Mason Street Advisors (MSA/Wells Cap Mng, Inc) . | A | Interest | J | T | | | | | |
| 7. MSA, Index 400 Stock (MSA) | A | Int./Div. | J | T | | | | | |
| 8. MSA, Intl Dev Mkts, Inl Equity (MSA Franklin Templeton) | A | Int./Div. | J | T | | | | | |
| 9. Russel, Russel Global Real Estate Securities | A | Int./Div. | J | T | | | | | |
| 10. MSA, Small Cap Value (MSA/T Rowe Price) | A | Int./Div. | J | T | | | | | |
| 11. Northwestern Life, Variable Policy #2 | | | | | | | | | |
| 12. MSA Index 500 (MSA)Select Bond | A | Int./Div. | J | T | | | | | |
| 13. Fixed Income, Mason Street Advisors (MSA/Wells Cap Mng, Inc) . | A | Interest | J | T | | | | | |
| 14. MSA, Index 400 Stock (MSA) | A | Int./Div. | J | T | | | | | |
| 15. MSA, Intl Dev Mkts, Inl Equity (MSA Franklin Templeton) | A | Int./Div. | J | T | | | | | |
| 16. Russel Real Estate Securities | A | Int./Div. | J | T | | | | | |
| 17. MSA Small Cap Value (MSA/T Rowe Price) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New York Life, Variable Policy | | | | | | | | | |
| 19. Mainstay VP International Equity Initial Class (High) | A | Int./Div. | J | T | | | | | |
| 20. Mainstay VP Emerging Markets Equity Initial Class (Highest) | A | Int./Div. | J | T | | | | | |
| 21. Mainstay VP T. Rowe Price Equity Income Initial Class (Highest) | A | Int./Div. | J | T | | | | | |
| 22. Mainstay VP Van Eck Global Hard Assests Initial Class (Highest) | A | Int./Div. | J | T | | | | | |
| 23. Mainstay VP Common Stock Initial Class (High) | A | Int./Div. | J | T | | | | | |
| 24. Mainstay VP International Equity - Initial Class | A | Int./Div. | J | T | | | | | |
| 25. Fidelity VIP Contrafund Portfolio Initial Class (Highest) | A | Int./Div. | J | T | | | | | |
| 26. Northwestern Life, IRA | | | | | | | | | |
| 27. Main Street Advisors Index Stock 500 (MSA) | A | Int./Div. | K | T | | | | | |
| 28. Main Street Advisors Index 400 Stock (MSA) | A | Int./Div. | K | T | | | | | |
| 29. Small Cap Value (MSA/T Rowe Price) | A | Int./Div. | K | T | | | | | |
| 30. International Equity (MSA/Franklin TMPL) | A | Int./Div. | K | T | | | | | |
| 31. MSA, Select Bond (MSA/Wells Capital Management Inc.)) | A | Int./Div. | L | T | | | | | |
| 32. Russel Global Real Estate Securities | A | Int./Div. | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/11/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jimmie V. Reyna**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544